**Opinion issued February 11, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00839-CV

———————————

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Appellant**

**V.**

**MARGIE DOWDY, Appellee**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-54967**

---

## MEMORANDUM OPINION

Appellant, Progressive County Mutual Insurance Company, has filed an unopposed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Justices Goodman, Landau, and Guerra.